926

No. 615. Wilson, Secretary of Defense, et al. v. Reynolds et al. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Solicitor General Cummings* for the Secretary of Defense et al., petitioners. *Claude L. Dawson* for respondents.

No. 618. Friedman et al. v. United States. C. A. 8th Cir. Certiorari denied. *James H. Nudelman* for petitioners. *Acting Solicitor General Stern, Robert S. Erdahl* and *Murry Lee Randall* for the United States.

No. 619. Moulthrope v. Matus. Supreme Court of Errors of Connecticut. Certiorari denied. *William S. Gordon, Jr.* for petitioner. *Joseph F. Berry* for respondent.

No. 620. Buckeye Steamship Co. v. McDonough, Administrator. C. A. 6th Cir. Certiorari denied. *Lucian Y. Ray* for petitioner. *Marvin C. Harrison* for respondent.

No. 621. Hendrickson v. United States. C. A. 7th Cir. Certiorari denied. Petitioner *pro se*. *Acting Solicitor General Stern, Robert S. Erdahl* and *J. F. Bishop* for the United States.

No. 633. Jensen v. Peoples Finance Co. C. A. 7th Cir. Certiorari denied. *Hector A. Brouillet* for petitioner. *Thomas J. Downs* for respondent.

No. 638. Potlatch Oil & Refining Co. et al. v. Ohio Oil Co. C. A. 9th Cir. Certiorari denied. *E. J. McCabe* for petitioners. *W. H. Everett* for respondent.